1  COLIN KASS, *pro hac vice* pending
   ckass@proskauer.com
2  SCOTT M. ABELES, *pro hac vice* pending
   sabeles@proskauer.com
3  SALLY M. HANDMAKER, State Bar No. 281186
   shandmaker@proskauer.com
4  PROSKAUER ROSE LLP
   1001 Pennsylvania Avenue, N.W.
5  Suite 400 South
   Washington, D.C. 20004-2533
6  Telephone:   (202) 416-6800
   Facsimile:   (202) 416-6899
7
   ROBERT E. DAVIES, ESQ., State Bar No. 106810
8  rdavies@donahuedavies.com
   MARY A. STEWART, State Bar No. 106758
9  mstewart@donahuedavies.com
   GREGORY A. NELSON, State Bar No. 274926
10 gnelson@donahuedavies.com
   DONAHUE DAVIES LLP
11 P.O. Box 277010
   Sacramento, CA 95827-7010
12 Telephone:   (916) 817-2900
   Facsimile:   (916) 817-2644
13
   *Attorneys for Defendant*
14 Chrysler Group LLC

**IT IS SO ORDERED**
Judge Edward J. Davila
10/8/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ENTERPRISE, INC., | Case No. 5:13-cv-04236-EJD |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| CHRYSLER GROUP LLC, | |
| Defendant. | |

Pursuant to Local Rule 6-1, Plaintiff Mathew Enterprise, Inc. and Defendant Chrysler Group LLC, by and through their respective counsels, hereby stipulate and agree to an extension of time for Chrysler Group LLC to respond to the Complaint filed September 12, 2013, through and including November 12, 2013.

This stipulation does not alter the date of any event or deadline already fixed by Court order.

Dated: October 7, 2013

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| **Mathew Enterprise, Inc.** | **Chrysler Group LLP** |

/s/  *Michael J. Flanagan (by permission)*               /s/  *Sally M. Handmaker*

Michael J. Flanagan, SBN 093772
Gavin Hughes, SBN 242119
LAW OFFICES OF MICHAEL J. FLANAGAN
2277 Fair Oaks Blvd., Suite 450
Sacramento, CA 95825
T:  (916) 646-9100
F:  (916) 646-9138

Ali Kamari, SBN 175977
Katja M. Grasso, SBN 266935
INHOUSE COUNSEL
50 W. San Fernando St., Suite. 900
San Jose, CA 95113
T: (408) 918-5393
F:  (408) 918-5373

Paul Norman (*pro hac vice* pending)
BOARDMAN & CLARK, LLP
1 S. Pinkney St., Suite 410
Madison, WI 53703
T: (608) 257-9521
F: (608) 283-1709

*Attorneys for Plaintiff*

Colin R. Kass (*pro hac vice* pending)
Scott M. Abeles (*pro hac vice* pending)
Sally M. Handmaker, SBN 281186
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
T: (202) 416-6800
F: (202) 416-6900

Robert E. Davies, SBN 106810
Mary A. Stewart, SBN 106758
Gregory A. Nelson, SBN 274926
DONAHUE DAVIES LLP
P.O. Box 277010
Sacramento, CA 95827-7010
T: (916) 817-2900
F: (916) 817-2644

*Attorneys for Defendant*