Michael J. Flanagan, State Bar No. 093772
Gavin Hughes, State Bar No. 242119
Law Offices of Michael J. Flanagan
2277 Fair Oaks Boulevard, Suite 450
Sacramento, CA 95825
Tel: (916) 646-9100
Fax: (916) 646-9138

Ali Kamarei, State Bar No. 175977
Katja M. Grasso, State Bar No. 266935
Inhouse Counsel
50 W. San Fernando Street, Ste. 900
San Jose, CA 95113
Tel: (408) 918-5393
Fax: (408) 918-5373

Paul Norman, Esq., admitted *pro hac vice*
Boardman & Clark, LLP
1 S Pinkney St., Ste. 410
Madison, WI 53703-4256
Tel: (608) 257-9521
Fax: (608) 283-1709

Attorneys for Plaintiff Mathew Enterprise, Inc.

IT IS SO ORDERED
Judge Edward J. Davila
11/21/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

**MATHEW ENTERPRISE, INC.**, a California Corporation,

    Plaintiff,

v.

**CHRYSLER GROUP LLC**, a Delaware limited liability company,

    Defendant.

Case No. 5:13-cv-04236-EJD PSG

**STIPULATION FOR EXTENSION OF TIME AND PAGE LIMITS FOR RESPONSE AND REPLY TO CHRYSLER GROUP'S MOTION TO DISMISS**

Pursuant to Civil Local Rule 6-2, Plaintiff Mathew Enterprise, Inc. ("Mathew Enterprise") and Defendant Chrysler Group LLC ("Chrysler"), by and through their respective counsels, hereby stipulate and agree to an extension of time and page limits for Mathew Enterprise to respond to Chrysler's Motion to Dismiss filed November 12, 2013 (dkt. #23) and for Chrysler to reply to Mathew Enterprise's response, as follows:

- Mathew Enterprise's response shall be due on December 13, 2013.  The response shall not exceed 30 pages of text.

- Chrysler's reply shall be due on January 10, 2014.  The reply shall not exceed 20 pages of text.

This stipulation does not alter the date of any event or deadline already fixed by Court order.

Dated:  November 18, 2013


*Counsel for Plaintiff*
**Mathew Enterprise, Inc.**

/s/ *Paul R. Norman*
Michael J. Flanagan, SBN 093772
Gavin Hughes, SBN 242119
LAW OFFICES OF MICHAEL J. FLANAGAN
2277 Fair Oaks Blvd., Suite 450
Sacramento, CA 95825
T: (916) 646-9100
F: (916) 646-9138

Ali Kamari, SBN 175977
Katja M. Grasso, SBN 266935
INHOUSE COUNSEL
50 W. San Fernando St., Suite. 900
San Jose, CA 95113
T: (408) 918-5393

*Counsel for Defendant*
**Chrysler Group LLP**

/s/ *Colin R. Kass (by permission)*
Colin R. Kass, admitted *pro hac vice*
Scott M. Abeles, admitted *pro hac vice*
Sally M. Handmaker, SBN 281186
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
T: (202) 416-6800
F: (202) 416-6900

Robert E. Davies, SBN 106810
Mary A. Stewart, SBN 106758
Gregory A. Nelson, SBN 274926
DONAHUE DAVIES LLP
P.O. Box 277010

| | |
|---|---|
| F: (408) 918-5373 | Sacramento, CA 95827-7010 |
| | T: (916) 817-2900 |
| Paul Norman, admitted *pro hac vice* | F: (916) 817-2644 |
| BOARDMAN & CLARK, LLP | |
| 1 S. Pinkney St., Suite 410 | *Attorneys for Defendant* |
| Madison, WI 53703 | |
| T: (608) 257-9521 | |
| F: (608) 283-1709 | |

*Attorneys for Plaintiff*