IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATHEW ENTERPRISE, INC., | CASE NO. 5:13-cv-04236 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHRYSLER GROUP, LLC, | |
| Defendant(s). | |

Having reviewed the parties' Joint Statement (see Docket Item No. 35), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for January 24, 2014, is CONTINUED to **May 30, 2014, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement on or before **May 23, 2014.**

**IT IS SO ORDERED.**

Dated: January 22, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04236 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE