UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATTHEW ENTERPRISE, INC.,

    Plaintiff,

v.

CHRYSLER GROUP LLC,

    Defendant.

Case No.  13-cv-04236-BLF

**CASE MANAGEMENT ORDER**

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 09/04/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the Motion to Dismiss hearing is set for 06/12/2014
6 at 9:00 AM.
7    IT IS FURTHER ORDERED THAT mediation is to commence within 30 days of court
8 issuing its ruling on Motion to Dismiss.
9    IT IS FURTHER ORDERED THAT Parties may appear by Courtcall at the Case
10 Management Conference set for 09/04/2014 at 1:30 PM, without further approval of the court.

Dated:  May 08, 2014, 2014

/s/ Beth Labson Freeman

BETH LABSON FREEMAN
United States District Judge