| | |
|---|---|
| Paul Norman, admitted *pro hac vice* <br> BOARDMAN & CLARK, LLP <br> Andrew N. DeClerq, SBN 262597 <br> 1 S Pinckney St., Ste. 410 <br> Madison, WI 53703-4256 <br> T:  (608) 257-9521 <br> F:  (608) 283-1709 <br> pnorman@boardmanclark.com | Colin R. Kass, admitted *pro hac vice* <br> Scott M. Abeles, admitted *pro hac vice* <br> Sally M. Handmaker, SBN 281186 <br> PROSKAUER ROSE LLP <br> 1001 Pennsylvania Ave., N.W. <br> Washington, DC 20004 <br> T: (202) 416-6800 <br> F: (202) 416-6899 <br> ckass@proskauer.com |

Michael J. Flanagan, SBN 093772
Gavin Hughes, SBN 242119
LAW OFFICES OF MICHAEL J. FLANAGAN
2277 Fair Oaks Blvd., Suite 450
Sacramento, CA 95825
T:  (916) 646-9100
F:  (916) 646-9138

*Counsel for Defendant*
Chrysler Group LLC

Ali Kamarei, SBN 175977
Katja M. Grasso, SBN 266935
INHOUSE COUNSEL
50 W. San Fernando St., Suite. 900
San Jose, CA 95113
T: (408) 918-5393
F:  (408) 918-5373

*Counsel for Plaintiff*
Mathew Enterprise, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **MATHEW ENTERPRISE, INC.**, <br> a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> **CHRYSLER GROUP LLC**, <br> a Delaware limited liability company, <br><br> Defendant. | Case No. 5:13-cv-04236-BLF <br><br> [Proposed] **Order Regarding Proposed Case Schedule** <br><br> Conference Date: September 4, 2014 <br><br> Action Filed:       September 12, 2013 <br> Trial Date:         To Be Determined |

# [PROPOSED] CASE MANAGEMENT ORDER

The following dates shall be the Case Management Order for this case and all parties shall comply with its provisions.

| | |
|---|---|
| Start of Fact Discovery | July 25, 2014 |
| Amended Complaint | August 1, 2014 |
| Answer | August 22, 2014 |
| Initial Disclosures | August 22, 2014 |
| Mediation Deadline | October 31, 2014 |
| Fact Discovery Cut-Off | March 31, 2015 |
| Plaintiff's Expert Report | May 15, 2015 |
| Chrysler's Expert Report | June 30, 2015 |
| Plaintiff's Rebuttal Expert Report | July 15, 2015 |
| Expert Discovery Cut-Off | August 15, 2015 |
| Summary Judgment/Daubert Motions | September 1, 2015 |
| Opposition to SJ/Daubert Motions | October 9, 2015 |
| **Reply to SJ/Daubert Motions** | November 9, 2015 |
| Hearings on Motions in Limine | TBD |
| Final Pre-Trial Conference | TBD |

Dated: August 14, 2014

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

The Court sets a further Case Management Conference for January 15, 2015, at 1:30 P.M. Parties shall come prepared to set dates for trial, the hearings on motions in limine, and the final pre-trial conference at this Conference. The parties' presently scheduled Case Management Conference, set for September 4, 2014, at 1:30 P.M., is hereby VACATED.