1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW ENTERPRISE, INC.,

Plaintiff,

v.

CHRYSLER GROUP LLC,

Defendant.

Case No. 13-cv-04236-BLF

**ORDER DENYING MOTION TO SEAL**

**(Re:  Docket No. 192)**

Before the court is a motion to seal by Defendant Chrysler Group LLC.[1]  Each document that Chrysler seeks to seal was designated as confidential by Plaintiff Mathew Enterprise, Inc.[2]  Where a party seeks to seal documents that its opponent has designated as confidential, "the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material."[3]  Within four days, the party designating material as sealable—here, MEI—then "must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[4]  MEI has not filed such a declaration.  The motion to seal therefore is DENIED.

---

[1] *See* Docket No. 192.

[2] *See* Docket No. 192-1 at ¶¶ 2-3.

[3] Civ. L.R. 79-5(e).

[4] Civ. L.R. 79-5(e)(1).

Case No. 13-cv-04236-BLF
ORDER DENYING MOTION TO SEAL

1

1    **SO ORDERED.**

2    Dated: May 16, 2016

3

_____
PAUL S. GREWAL
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 13-cv-04236-BLF
ORDER DENYING MOTION TO SEAL