UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW ENTERPRISE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | Case No. 13-cv-04236-BLF<br><br>**ORDER RE REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** |

The Court's Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than August 9, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on August 9, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: August 2, 2016

                                               BETH LABSON FREEMAN
                                               United States District Judge