UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW ENTERPRISE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | Case No.  13-cv-04236-BLF<br><br>**ORDER RE REDACTION OF ORDERS GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTIONS TO STRIKE AND TO EXCLUDE** |

The Court's Orders Granting in Part and Denying in Part Defendant's Motions to Strike and to Exclude have been filed under seal because they contain information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than August 9, 2016 and submit proposed redactions to the Court's orders (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on August 9, 2016, the Court shall unseal the orders in their entirety.

**IT IS SO ORDERED.**

Dated: August 3, 2016

                                                                  BETH LABSON FREEMAN
                                                                  United States District Judge